```
                                                           CLERK'S OFFICE U.S. DIST COURT
                                                                   AT ROANOKE, VA
                                                                        FILED

          IN THE UNITED STATES DISTRICT COURT             OCT 18 2006
          FOR THE WESTERN DISTRICT OF VIRGINIA
                   ROANOKE DIVISION                      JOHN F. CORCORAN, CLERK
                                                         BY: /s/ J. Bright
                                                                  DEPUTY CLERK
```

ANDRE SCALES, )
    Plaintiff, ) Civil Action No. 7:06cv00556
)
v. ) **ORDER**
)
NRV REGIONAL JAIL, et al., ) By: Samuel G. Wilson
    Defendants. ) United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims against NRV Regional Jail shall be and hereby are **DISMISSED** and Plaintiff's request for injunctive relief against all defendants shall be and hereby is **DENIED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 18th day of October, 2006.

_____
United States District Judge

