CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 18 2006

JOHN F. CORCORAN, CLERK
BY: J Bright
  DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ANDRE SCALES,<br>Plaintiff, | ) <br> ) | Civil Action No. 7:06cv00556 |
| v. | ) <br> ) | **ORDER** |
| NRV REGIONAL JAIL, et al.,<br>Defendants. | ) <br> ) <br> ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims against NRV Regional Jail shall be and hereby are **DISMISSED** and Plaintiff's request for injunctive relief against all defendants shall be and hereby is **DENIED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 18th day of October, 2006.

United States District Judge

